| CINDY WILLIAMS | * | NO. 2019-CA-0116 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| NORMAN S. HALEY | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

CONSOLIDATED WITH:

CINDY H. WILLIAMS

VERSUS

NORMAN S. HALEY

CONSOLIDATED WITH:

NO. 2019-CA-0479

*SCJ*

JENKINS, J., CONCURS IN THE RESULT